195 So.2d 645

Edward C. TASSIN

v.

LOUISIANA WILDLIFE AND FISHERIES
COMMISSION.

No. 48592.

March 10, 1967.

In re: Edward C. Tassin applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 193 So.2d 812.

Writ refused. The judgment is not final.

195 So.2d 645

Elaine T. DELAUNE

v.

Charles J. LOUSTEAU et al.

No. 48593.

March 10, 1967.

In re: Charles J. Lousteau and West Baton Rouge Parish School Board applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 193 So.2d 907.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.